STATE OF NEW JERSEY v. ANTHONY HENDERSON.

September 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN YOUNG.

September 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD ROBINSON.

September 19, 1989.

Petition for certification denied.   (See 232 *N.J.Super.* 21).

STATE OF NEW JERSEY v. MICHAEL ROSE.

September 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT E. CAMPBELL, SR.

September 19, 1989.

Petition for certification denied.